IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re:** § | § | **Case No. 05-21207** |
| **ASARCO LLC,** *et al.*, § | § | **Chapter 11** |
| Debtors § | § | **Jointly Administered** |
| § | | |
| **ASARCO LLC,** § | § | |
| Plaintiff, § | § | |
| v. § | § | **Adversary No. 07-02011** |
| **AMERICAS MINING CORPORATION,** *et al.*, § | § | |
| Defendants. § | § | |

## STIPULATION

The parties stipulate and agree that the deadline for filing proposed findings of fact and conclusions of law in this consolidated adversary proceeding shall be extended from September 15, 2009 to ten (10) days after a confirmation order has been issued and docketed in the above-referenced chapter 11 bankruptcy case by the United States District Court for the Southern District of Texas.

N-27315_1 (2).DOC

**STIPULATED AND AGREED** on the 11th day of September, 2009:

**BAKER BOTTS L.L.P.**

/s/ James R. Prince
James R. Prince
2001 Ross Avenue, Suite 600
Dallas, TX 75201

*Counsel for ASARCO LLC*

**HAYNES AND BOONE, LLP**

/s/ Charles A. Beckham, Jr.
Charles A. Beckham, Jr.
One Houston Center
1221 McKinney Street, Suite 2100
Houston, TX 77010

*Counsel for Americas Mining Corporation and ASARCO Incorporated*

**STUTZMAN, BROMGERG, ESSERMAN & PLIFKA, P.C.**

/s/ Jacob L. Newton
Jacob L. Newton
2323 Bryan Street, Suite 2200
Dallas, TX  75201

*Counsel for the Official Committee of Asbestos*

**OPPENHEIMER, BLEND, HARRISON & TATE, INC.**

/s/ Raymond W. Battaglia
Raymond W. Battaglia
711 Navarro, Sixth Floor
San Antonio, TX  78205

*Counsel for Robert C. Pate, Future Claims Representative*

**REED SMITH LLP**

*/s/ Derek J. Baker*
Derek J. Baker
1650 Market St., Suite 2500
One Liberty Place
Philadelphia, PA  19103

*Counsel for the Official Committee of Unsecured Creditors*

**COX SMITH MATTHEWS INCORPORATED**

*/s/ Matthew S. Parkin*
Matthew S. Parkin
112 E. Pecan St., Suite 1800
San Antonio, TX  78205

*Counsel for Enthone Inc., EI Liquidation, Inc. and OMI International Corporation*

      The foregoing Stipulation, as set forth above, is adopted as the Order of this Court.  **SO ORDERED.**

**Dated:**_____     _____
**RICHARD S. SCHMIDT**
**UNITED STATES BANKRUPTCY JUDGE**